IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

**MARK ALLAN MANGANO**  CASE NO. **08-12375-KL2-7**
**RANDA HADDAD MANGANO**
Debtors

**EXPEDITED ORDER EXTENDING TIME UNDER §521
FOR PROPERTY TO REMAIN PROPERTY OF THE ESTATE,
EXTENDING THE STAY, AND DIRECTING TURN-OVER OF SECURED PROPERTY**

Upon the motion of the Trustee under §521(a)(2) and §521(a)(6), the statements made in said motion, and it appearing that personal property should not be removed from the estate due to any potential deficiency by the Debtor, and that relief needs to be granted on an expedited basis in order to preserve the property of the estate, and for other cause to the court shown;

**IT IS HEREBY ORDERED** that all applicable time periods for reaffirmations, redemptions, and/or surrender of secured property, under 11 U.S.C. §521(a)(2) and §521(a)(6) be, and hereby extended until: (a) said property is abandoned or sold by the Trustee, (b) the Trustee files a No Asset Report, or (c) the Court, upon motion filed by any interested party, grants relief from the stay.

**IT IS FURTHER ORDERED** that all secured property shall remain property of the bankruptcy estate (notwithstanding §521(a)(2)&(6) and §362(h)), and the stay shall not be automatically lifted (notwithstanding §362(h)) until: (a) said property is abandoned or sold by the Trustee, (b) the Trustee files a No Asset Report, or (c) the Court, upon motion filed by any interested party, grants relief from the stay.

**IT IS FURTHER ORDERED** that the Court will consider whether any adequate protection is necessary for secured claimants, upon the request of any secured claimant.

**IT IS FURTHER ORDERED** that the Debtor shall deliver to the Trustee all secured property, (in connection of which the Debtor has not completed a reaffirmation agreement or a redemption with the secured creditor), within 20 days after the entry of this order, or such additional time (as the Trustee, in the Trustee's discretion) may designate to the Debtor; the Debtor shall have the affirmative obligation to contact the Trustee to coordinate the timing and location of the turn-over of said property.

*This order was signed and entered electronically as indicated at the top of this page.*

APPROVED FOR ENTRY:

/s/ John C. McLemore, Trustee
John C. McLemore, Trustee
Tn. Bar No. 3430
P.O. Box 158249
Nashville, TN 37215-8249
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmwpllc.com