Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 03/05/09



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| | |
|---|---|
| IN RE:<br>MARK MANGANO and RANDA HADDAD MANGANO<br>    Debtor(s), | Case No. 08-12375-L |
| BANK OF AMERICA MORTGAGE,<br>    Movant,<br>VS. | Chapter 7<br><br>Judge KEITH M. LUNDIN |
| MARK MANGANO and RANDA HADDAD MANGANO<br><br>JOHN MCLEMORE, Trustee<br>    Respondent(s). | |

AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
AND ABANDONMENT OF PROPERTY BY TRUSTEE
AS TO BANK OF AMERICA MORTGAGE
REGARDING PROPERTY LOCATED AT
39 PIGEON RIDGE ROAD, CROSSVILLE, TN 38555

This cause came before the Court upon BANK OF AMERICA MORTGAGE's, Motion for Relief from the Automatic Stay and Abandonment of Property by Trustee. BANK OF AMERICA MORTGAGE, and the debtor herein, by and through counsel agree that the Automatic Stay of 11 USC 362 (a) as to BANK OF AMERICA MORTGAGE shall be dissolved as to the Chapter 7 case only. The Trustee, not having filed an objection, is ordered to abandon the bankruptcy estate's interest in the property pursuant to 11 U.S.C. 554 (b). Rule 4001(a)(3) is not applicable and Movant may

immediately enforce and implement this order granting relief from the automatic stay and proceed with state remedies as to the property.

<u>This order was signed and entered electronically as indicated at the top of the first page</u>

APPROVED FOR ENTRY:

/s/ Sharon N. Fewell
/s/ Bonnie Culp
Sharon N. Fewell #19193
Bonnie Culp #014741

Law Offices of Shapiro & Kirsch
Attorney for BANK OF AMERICA MORTGAGE
Law Office of Shapiro & Kirsch, LLP
6055 Primacy Parkway, Suite 410
Memphis, TN  38119
Phone 901-767-5566
Fax 901-767-8890
sfewell@logs.com


/s/ Dale Bohannon with permission
Attorney for Debtor
DALE BOHANNON
#004662
115 S. DIXIE AVENUE
COOKEVILLE, TN 38501
(931)526-7868
dbohannon@charterinternet.com


/s/ John McLemore with permission
Chapter 13 Trustee
JOHN MCLEMORE
GARFINKLE MCLEMORE & WALKER
PO BOX 158249
NASHVILLE, TN 37215
615-383-9495
jmclemore@gmwpllc.com

Entities to be Served:

1. DALE BOHANNON
   115 S. DIXIE AVENUE
   COOKEVILLE, TN 38501

2. MARK MANGANO AND RANDA HADDAD MANGANO
   39 PIGEON RIDGE ROAD
   CROSSVILLE, TN 38555

3. JOHN MCLEMORE
   GARFINKLE MCLEMORE & WALKER
   PO BOX 158249
   NASHVILLE, TN 37215

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.