
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 03/09/09



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - COOKEVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MARK ALLAN MANGANO<br>xxx-xx-4262<br>RANDA HADDAD MANGANO<br>xxx-xx-5148<br>39 PIGEON RIDGE RD<br>CROSSVILLE TN 38555<br><br>    DEBTORS. | CASE NO. 08-12375-KL2-7<br>CHAPTER 7<br>JUDGE Keith M. Lundin |

### ORDER TO EMPLOY AS COUNSEL THE LAW FIRM IN WHICH HE IS A PARTNER

Upon consideration of the notice and motion of John C. McLemore, Trustee, for authority to employ the firm of Garfinkle, McLemore & Walker, PLLC, in connection with the above-styled matter, and it appearing that all members in the firm of Garfinkle, McLemore & Walker, PLLC, are duly admitted to practice in this Court, and represent no interest adverse to this estate, and no objections having been filed;

And John C. McLemore having stated in his application that he is a partner in the firm of Garfinkle, McLemore & Walker, PLLC;

And it appearing to the Court that employment of counsel in this matter is necessary; it is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to employ the firm of Garfinkle, McLemore & Walker, PLLC, to represent him in the administration of the above-styled estate.

Counsel for the Trustee will make application to the Court for approval of all fees.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
P.O. Box 158249
Nashville, TN  37215-8249
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmwpllc.com

This Order has Been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.