# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# MIDDLE DIVISION

IN RE:
MARK MANGANO AND RANDA HADDAD MANGANO
   *Debtor(s),*

                CASE NO. 08-12375-L
                CHAPTER 7
                JUDGE KEITH M. LUNDIN

_____\

## EMERGENCY MOTION TO APPEAR AT MARCH 17, 2009 MOTION HEARING BY CONFERENCE TELEPHONE

Now comes MICHIGAN STATE COURT APPOINTED RECEIVER and for this motion states:

1. This Court has scheduled a motion hearing in this matter for Tuesday, March 17, 2009 at 9:00AM to consider Motions filed by JOHN A. LYGIZOS, a Michigan attorney claiming status as a "party-in-interest" in this bankruptcy proceeding, to consider:

   A. EMERGENCY MOTION TO STRIKE APPEARANCE of Receiver's Michigan counsel; and,

   B. EMERGENCY MOTION TO DECLARE AUTOMATIC STAY APPLICABLE TO LYGIZOS, FOR "TURN OVER" OF MICHIGAN REAL PROPERTY AND FOR COMPENSATORY AND PUNITIVE DAMAGES AGAINST RECEIVER AND MICHIGAN COUNSEL

2. These motions were scheduled on an expedited basis based on allegations of "emergency".

3. Michigan counsel has filed for admission *pro hoc vice* simultaneously herewith.

4. Receiver respectfully requests this Court permit Michigan counsel to appear for this hearing by conference telephone for the following reasons:

   A. The expense of travel to Tennessee, lodging, etc. to attend this hearing, approximately $1,000.00 (est) is prohibitive.

   B. The Receivership Estate has no cash assets to pay these expenses.

   C. The only non-stop flight(s) between Detroit and Nashville require departure on Monday afternoon/evening, overnight stay, and, return Tuesday afternoon/evening, representing some 24 hours of time expended to attend a single hearing.

   D. There is insufficient time for local counsel to become sufficiently familiar with the extensive underlying state court proceedings to adequately address the substance of the Motion.

Wherefore, Receiver respectfully requests this Court permit Michigan counsel to appear at the hearing by conference telephone on March 17, 2009

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon counsel of record herein at their respective addresses on the record on ___3/13/09_____, 2009

____US MAIL __X___E-FILE/MAIL
_____ FAX ____ DELIVERY

_____MICHAEL E. TINDALL_____

DATED:_____

Respectfully Submitted,

**TINDALL & COMPANY   P.C**.

BY:_____/S/_____
     MICHAEL E. TINDALL  P29090
     For the Firm
     **49 MACOMB PL. , STE 29
     MOUNT CLEMENS,  MI   48043
     (313) 638-7613
     (815) 572-5858 (FAX)
     Direct Email: met@comcast.net**