# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# MIDDLE DIVISION

IN RE:
**MARK MANGANO AND RANDA HADDAD MANGANO**
*Debtor(s),*

                **CASE NO. 08-12375-L**
                **CHAPTER 7**
                **JUDGE KEITH M. LUNDIN**

_____\

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

Upon the motion, dated March 13, 2009 (the "Motion"), filed by Michael E. Tindall asking permission to appear telephonically at the hearing scheduled in this matter on March 17, 2009, the Court being duly advised in the premises and no further notice being required,

It is hereby ORDERED, ADJUDGED AND DECREED that Michael E. Tindall shall be permitted to appear telephonically at the March 17, 2009 hearing in this matter.

> This order was signed and entered electronically as indicated at the top of the first page.

Approved for entry:

**TINDALL & COMPANY  P.C**.

BY:/s/ Michael E. Tindall
MICHAEL E. TINDALL  P29090
For the Firm
**49 MACOMB PL. , STE 29**
**MOUNT CLEMENS,  MI   48043**
**(313) 638-7613**
**(815) 572-5858 (FAX)**
**Direct Email: met@comcast.net**