# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# MIDDLE DIVISION

IN RE:
**MARK MANGANO AND RANDA HADDAD MANGANO**
    *Debtor(s),*

                                          **CASE NO. 08-12375-L**
                                          **CHAPTER 7**
                                          **JUDGE KEITH M. LUNDIN**

_____\\

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion, dated March 13, 2009 (the "Motion"), for permission to appear *pro hac vice* filed by MICHAEL E. TINDALL, the Court being duly advised in the premises and no further notice being required,

It is hereby ORDERED, ADJUDGED AND DECREED that Michael E. Tindall shall be permitted to appear and participate in the captioned Chapter 7 case on behalf of MICHIGAN COURT APPOINTED RECEIVER.

> This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:


/s/ Phillip G. Young
Phillip G. Young, Jr.
Attorney at Law
22 Public Square, Suite 12
Columbia, TN 38401
Tel: (931) 381-0057
Fax: (931) 381-0058
Email: phillip@younglawoffices.net

Local Counsel for MICHIGAN STATE
COURT APPOINTED RECEIVER