*Keith M. Lundin*
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 03/16/09



# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:    **MARK ALLAN MANGANO AND RANDA HADDAD MANGANO, 39 PIGEON RIDGE ROAD CROSSVILLE, TN 38555 SSN: XXX-XX-4262 SSN: XXX-XX-5148**    **Debtors** | Case No. 08-12375-KML    Chapter 7 |

| | |
|---|---|
| **CHASE HOME FINANCE LLC** | **MOVANT** |
| vs. | |
| **MARK ALLAN MANGANO AND RANDA HADDAD MANGANO, Debtors; and JOHN C. MCLEMORE, Trustee** | **RESPONDENTS** |

### AGREED ORDER RESOLVING CHASE HOME FINANCE'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now Chase Home Finance LLC, (hereinafter "Movant"), and the Chapter 7 Trustee, and announce an Agreed Order resolving Movant's Motion for Relief from the Automatic Stay as follows:

The parties hereby agree that the Trustee shall be allowed until July 1, 2009 to sell the real property located at 43630 Michigan Avenue, Canton, Michigan 48188. If a contract for the sale of the property is obtained, Movant shall be entitled to a full and complete pay off of its mortgage upon closing of the sale. If no closing has occurred by said date, Movant shall have relief from the

automatic stay provisions of the Bankruptcy Code, and shall be entitled to realize and pursue all remedies in accordance with its applicable loan and security agreements and state law.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Approved for entry:

*/s/ Holly M. Bishop*
Holly M. Bishop, #26205
hbishop@wilson-assoc.com
Robert H. Moss, #20914
rmoss@wilson-assoc.com
Jason S. Mangrum, #18098
jmangrum@wilson-assoc.com
WILSON & ASSOCIATES, P.L.L.C.
Creekside Crossing III
8 Cadillac Drive, Suite 120
Brentwood TN 37027
615-255-9388
615-255-5581 fax

Attorneys for Movant

*/s/ Edwin M. Walker*
Edwin M. Walker, #5407
Garfinkle, McLemore & Walker, PLLC
2000 Richard Jones Rd., Suite 250
P.O. Box 158249
Nashville, TN 37215-8249
(615) 383-9495 (phone)
(615) 292-9848 (fax)
ewalker@gmwpllc.com

Attorney for Trustee

W&A No. 155067

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.