**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – COOKEVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>MARK ALLAN MANGANO<br>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<br>RANDA HADDAD MANGANO<br>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<br>39 PIGEON RIDGE RD<br>CROSSVILLE TN 38555<br><br>       DEBTORS. | CASE NO. 08-12375-KL2-7<br>CHAPTER 7<br>JUDGE KEITH M. LUNDIN |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 9/8/09**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 10/29/09, 9:30 A.M.**
**L. CLURE MORTON FEDERAL BUILDING AND POST OFFICE, 9 BROAD STREET, COOKEVILLE, TN**

### NOTICE OF MOTION FOR AUTHORITY TO PAY FEES AND EXPENSES OF INDIVIDUAL ASSISTING WITH ADMINISTRATION OF ESTATE

John C. McLemore, Trustee, has asked the Court for the following:

Permission of the Court to pay fees and expenses of an individual assisting with the administration of the above styled bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before 9/8/09, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 9/8/09, the date of the scheduled hearing is 10/29/09 and the motion to which you are responding is *Motion for Authority to Pay Fees and Expenses of Individual Assisting with Administration of Estate*.**

3. You must serve your response or objection by electronic service through the Electronic Filing system described above. You must also mail a copy of your response or objection to:

   | | |
   |---|---|
   | John C. McLemore, Trustee<br>P. O. Box 158249<br>Nashville, TN 37215-8249 | United States Trustee<br>701 Broadway, Customs House Suite 318<br>Nashville, TN 37203 |

   If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

   This 17th day of August, 2009.

   Respectfully submitted,

   */s/ John C. McLemore, Trustee*
   John C. McLemore, Trustee
   Tn. Bar No. 3430
   P.O. Box 158249
   Nashville, TN 37215-8249
   (615) 383-9495 (phone)
   (615) 292-9848 (fax)
   **jmclemore@gmwpllc.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - COOKEVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MARK ALLAN MANGANO<br>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<br>RANDA HADDAD MANGANO<br>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<br>39 PIGEON RIDGE RD<br>CROSSVILLE TN 38555<br><br>    DEBTORS. | CASE NO. 08-12375-KL2-7<br>CHAPTER 7<br>JUDGE KEITH M. LUNDIN |

### MOTION FOR AUTHORITY TO PAY FEES AND EXPENSES OF INDIVIDUAL ASSISTING WITH ADMINISTRATION OF ESTATE

    Comes the Trustee, John C. McLemore, and respectfully requests permission of the Court to pay the fees and expenses of:

| Applicant | Fees | Expenses | Total |
|---|---|---|---|
| John King | $825.00 | $184.97 | $1,009.97 |

for services rendered in the administration of this estate. These fees and expenses will be paid from the assets of estate.

    Attached hereto are copies of the itemized billing statements of the employee who has worked on this case. The Trustee has reviewed the attached statements and considers the requested fees and expenses to be reasonable and necessary for the administration of this estate.

    WHEREFORE, applicant requests the entry of an order authorizing him to pay fees and expenses as outlined above.

    Dated this 17th day of August, 2009.

                                                    Respectfully submitted,

                                                    */s/ John C. McLemore, Trustee*
                                                    John C. McLemore, Trustee
                                                    Tn. Bar No. 3430
                                                    P.O. Box 158249
                                                    Nashville, TN  37215-8249
                                                    **(**615) 383-9495 (phone)
                                                      (615) 292-9848 (fax)
                                                    **jmclemore@gmwpllc.com**

J. KING & ASSOCIATES
4900 Cole Bend Road
Columbia, Tennessee 38401
(931) 381-4224

August 8, 2009

To:   John C. McLemore, Trustee

Re:   Mark Mangano
      BK # 08-12375

| Date | Description | Time |
|---|---|---|
| 5/5/09 | Call from E. Walker re: case history and assistance needed. Review petition and docket. Set up file. Search Secretary of State for Dependable Auto corporate status and UCC's. Download map to residence. Search real estate values. | 1:10 |
| 5/6/09 | Prepare TDMV request form to and from D. Bohannon to discuss case. To Nashville to TDMV for vehicle title search. Compare results to Schedule B. Call debtor to set meeting to inspect assets of Dependable Auto. Lengthy conversation re: case history.<br>(:55 travel pro-rata with 09-03019) | 1:55 |
| 5/7/09 | To Crossville to meet with debtor to inspect and photograph personal assets used by Dependable Auto. Discuss values, continued discussion of Michigan problem. Requested a chronological list of events to prepare for meeting with EW and JCM. Call EW to advise. Follow-up call to debtor requesting list of equipment belonging to Reliable Auto that was left in Michigan. Download and print photographs.<br>(5:50 travel) | 6:55 |
| 5/12/09 | Follow-up calls to and from debtor re: equipment list for Reliable Auto. Received and reviewed debtor's narrative re: Michigan problems. Forward to EW and JCM with report of findings. Receipt and review follow-up e-mail from debtor re: equipment. | :45 |
| 5/14/09 | E-mail from debtor. Respond and forward to JCM. | :05 |
| 5/17/09 | Download and review e-mails and attachments from JCM and DB. | :05 |

J. King & Associates – Statement  
To: John C. McLemore, Trustee  
Re: Mark Mangano, BK#08-12375  
8/8/09  -  Page 2

| | | | | |
|---|---|---|---|---|
| 5/21/09 | Deliver photos to JCM. | | | :05 |
| | | | | 11:00 |

        11 Hours @ 75.00        =        $ 825.00

<u>Expenses</u>

| | | | | |
|---|---|---|---|---|
| 5/5/09 | Copies 25 @ .22 | = | 5.50 | |
| 5/6/09 | TDMV Fee | = | 2.00 | |
| 5/6/09 | Mileage 46 @ .55 | = | 25.30 | |
| 5/7/09 | Mileage 267 @ .55 | = | 146.85 | |
| 5/7/09 | Photos 8 @ .50 | = | 4.00 | |
| 5/12/09 | Copies 6 @ .22 | = | <u>1.32</u> | |
| | | | 184.97 | <u>184.97</u> |

                                              TOTAL    <u>$1,009.97</u>

```
                    * * *  R E C E I P T  * * *
                              INQUIRIES                    Receipt no.    136713
TENNESSEE DEPARTMENT OF REVENUE                            Receipt date:  05/06/2009
TAXPAYER AND VEHICLE SERVICES DIVISION
NASHVILLE, TN


Received of:  J KING AND ASSOC
For:  13 VIRS

                                      CONTROL #: J10-0901904
                                      thru     J10-0901905
                   Item description
                   PRINTOUT                  ( 13 @ $    1.00)   $    13.00
                                             Total               $    13.00

   G. Smith    11.00                         Cash                $    13.00
   Mangano      2.00                         Check / CD          $
                                             Check/CD #
                                             Change refunded     $

                                      By DF                            05
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - COOKEVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>MARK ALLAN MANGANO<br>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<br>RANDA HADDAD MANGANO<br>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<br>39 PIGEON RIDGE RD<br>CROSSVILLE TN 38555<br><br>     DEBTORS. | CASE NO. 08-12375-KL2-7<br>CHAPTER 7<br>JUDGE KEITH M. LUNDIN |

## ORDER AUTHORIZING TRUSTEE TO PAY THE FEES AND EXPENSES OF INDIVIDUAL ASSISTING WITH ADMINISTRATION OF ESTATE

Upon consideration of the notice and motion of John C. McLemore, Trustee, to pay the fees of individual assisting with the administration of the above-styled matter, it appearing that

1. The employment of the individual was necessary in the administration of the estate;

2. The fees and expenses outlined below

   | Applicant | Fees | Expenses | Total |
   |---|---|---|---|
   | John King | $825.00 | $184.97 | $1,009.97 |

   are reasonable and necessary for the administration of the estate

3. Service of the notice, motion, exhibits, and proposed order were made to the Debtor, Debtor's Attorney, the U.S. Trustee, all secured and unsecured creditors, and all parties requesting notice giving them twenty (20) days in which to file a written objection; and that

4. No objections having been filed; it is hereby

   **ORDERED** that John C. McLemore, Trustee, is authorized to pay the fees and expenses listed above from the assets of the estate.

   This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
P.O. Box 158249
Nashville, TN 37215-8249
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmwpllc.com



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - COOKEVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MARK ALLAN MANGANO<br>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<br>RANDA HADDAD MANGANO<br>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<br>39 PIGEON RIDGE RD<br>CROSSVILLE TN 38555<br><br>    DEBTORS. | CASE NO. 08-12375-KL2-7<br>CHAPTER 7<br>JUDGE KEITH M. LUNDIN |

### CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the attached was either mailed electronically or by U.S. Mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtors, Mark Allan Mangano and Randa Haddad Mangano, 39 Pigeon Ridge Rd., Crossville, TN 38555; Debtors' attorney, Richard Dale Bohannon, 115 S. Dixie Ave., Cookeville, TN 38501-3401, all creditors and parties requesting notice as reflected on the mailing matrix attached to the original of this pleading on file with the Clerk of this Court.

This 17th day of August, 2009.

                                            Respectfully submitted,

                                            */s/ John C. McLemore, Trustee*
                                            John C. McLemore, Trustee
                                            Tn. Bar No. 3430
                                            P.O. Box 158249
                                            Nashville, TN 37215-8249
                                            (615) 383-9495 (phone)
                                            (615) 292-9848 (fax)
                                            **jmclemore@gmwpllc.com**

**Attachments:**

(1) Notice of Motion for Authority to Pay Fees and Expenses of Individual Assisting with Administration of Estate

(2) Motion for Authority to Pay Fees and Expenses of Individual Assisting with Administration of Estate (Including Attachments)

(3) (Proposed) Order Authorizing Trustee to Pay Fees and Expenses of Individual Assisting with Administration of Estate

| | | |
|---|---|---|
| 2:08-bk-12375<br>ATTN: CASE NO. 04C1589GC<br>35TH JUDICIAL DISTRICT COURT<br>660 PLYMOUTH RD<br>PLYMOUTH MI 48170 | 2:08-bk-12375<br>AMERICAN EXPRESS<br>C/O GC SERVICES LP<br>P O BOX 46960 (066)<br>ST LOUIS MO 63146 | ~~2:08-bk-12375~~<br>~~ROSATI A D~~<br>~~ROSATI & ASSOCIATES PC~~<br>~~7115 ORCHARD LAKE RD STE 140~~<br>~~WEST BLOOMFIELD MI 48322-3655~~ |
| 2:08-bk-12375<br>J C DEVELOPMENT COMPANY LLC<br>11750 HIGHLAND RD STE 100<br>HARTLAND MI 48353 | 2:08-bk-12375<br>AMERICAN EXPRESS<br>P O BOX 360001<br>FT LAUDERDALE FL 33336-001 | 2:08-bk-12375<br>SAFFADY GREGORY<br>P O BOX 80611<br>ST CLAIR SHORES MI 48080-6111 |
| 2:08-bk-12375<br>Mark A Chaban<br>199 N Main St Ste 122<br>Plymouth MI 48170 | 2:08-bk-12375<br>ATTN: CASE NO. 08C0988 GC<br>35TH JUDICIAL DISTRICT COURT<br>660 PLYMOUTH RD<br>PLYMOUTH MI 48170 | 2:08-bk-12375<br>TINDALL MICHAEL E<br>TINDALL & COMPANY PC<br>49 MACOMB PL STE 29<br>MOUNT CLEMENS MI 48043 |
| 2:08-bk-12375<br>NATIONAL CITY<br>P O BOX 3038 K-A16-1J<br>KALAMAZOO MI 49003-3038 | 2:08-bk-12375<br>BANK OF AMERICA<br>475 CROSSPOINT PKWY<br>P O BOX 9000<br>GETZVILLE NY 14068-9000 | 2:08-bk-12375<br>US TRUSTEE<br>OFFICE OF THE UNITED STATES<br>701 BROADWAY STE 318<br>NASHVILLE TN 37203-3966 |
| 2:08-bk-12375<br>SUPERIOR FINANCIAL GROUP<br>165 LENNON LANE STE 101<br>WALNUT CREEK CA 94598 | 2:08-bk-12375<br>BANK OF AMERICA<br>P O BOX 15184<br>WILMINGTON DE 19850-5184 | 2:08-bk-12375<br>VOLUNTEER ELECTRIC COOP<br>P O BOX 609<br>CROSSVILLE TN 38555 |
| 2:08-bk-12375<br>Anthony Rosati<br>Attorney at Law<br>7115 Orchard Lake Rd. Ste. 140<br>West Bloomfield MI 48322 | 2:08-bk-12375<br>CHASE HOME FINANCE<br>3415 VISION DRIVE<br>COLUMBUS OH 43219 | 2:08-bk-12375<br>MARK ALLAN MANGANO<br>RANDA HADDAD MANGANO<br>39 PIGEON RIDGE RD<br>CROSSVILLE TN 38555 |
| 2:08-bk-12375<br>Peter F. Ewasek<br>RCH Brokerage LC<br>d/b/a Red Dot Realty<br>571 Randolph<br>Northville MI 48167 | 2:08-bk-12375<br>CHASE MORTGAGE<br>P O BOX 24696<br>COLOMBUS OH 43224-0696 | 2:08-bk-12375<br>MARK ANTHONY CHABAN<br>199 N MAIN ST<br>STE 112<br>PLYMOUTH MI 48170 |
| 2:08-bk-12375<br>BANK OF AMERICA MORTGAGE<br>Attn: Bankruptcy Department<br>475 Crosspoint Parkway<br>Getzville NY 14068 | 2:08-bk-12375<br>LAW AUTO REALTY ASSOCIATES<br>C/O WILLIAM K NECKER ATTY<br>3023 S WAYNE RD<br>WAYNE MI 48184 | 2:08-bk-12375<br>Paul and gina Wells<br>C/O TINDALL & CO PC<br>49 MACOMB PL STE 29<br>MOUNT CLEMENS MI 48043 |
| 2:08-bk-12375<br>CHASE HOME FINANCE<br>3415 VISION DRIVE<br>COLUMBUS OH 43219-6009 | 2:08-bk-12375<br>LYGIZOS JOHN L<br>1150 GRISWOLD AVE STE 2400<br>DETROIT MI 48226 | 2:08-bk-12375<br>RICHARD DALE BOHANNON<br>DALE BOHANNON<br>115 S DIXIE AVE<br>COOKEVILLE TN 38501 |
| 2:08-bk-12375<br>AAA FINANCIAL SERVICES<br>P O BOX 15026<br>WILMINGTON DE 19850-5026 | ~~2:08-bk-12375~~<br>~~MARK CHABAN PC~~<br>~~199 N MAIN ST STE 112~~<br>~~PLYMOUTH MI 48170~~ | |