EXHIBIT NO: 5

2010 MAR -4  AM 9:22

Bernard J. Youngblood
Wayne County Register of Deeds
March 04, 2010  09:22 AM
Liber 48375 Page 655-661
#2010055576  NOT FEE: $33.00

## NOTICE OF TRANSFER OF PRIORITY
## EQUITABLE/JUDGMENT LIENS TO PROCEEDS OF SALE

WHEREAS, pursuant to Judgment dated October 1, 2008, the Court appointed a Receiver, by Order dated October 1, 2008 (amended October 15, 2008), in Case No. 08-C-0988GC, providing in pertinent part:

### "II. POWERS OF RECEIVER

"A. *Take exclusive custody, control, and possession of all ... property* ...and any other assets or interests of any and every kind whatsoever, owned by or in the possession of, under the control of, or held in the name of any Defendant ...."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"L. *Liquidate all assets* owned or controlled by the Defendants ... whether *real or personal, at public or private sale*, in whole parcels or in parts... and *apply the proceeds thereof to (1) payment of all Receivership costs, expenses and fees then due and owing...* and ... deliver full rights of possession to such asset(s) ...*free and clear of the interests of* any Defendant(s) and/or *any person or entity claiming by or through any Defendant ...*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### V. STAY

"... Defendants, their agents, attorneys, successors and assigns, *and all other persons and entities be and hereby are stayed, restrained and enjoined* from and against *taking any action* to establish or *enforce any claim, right or interest* for, against, ... receivership assets, ... including but not limited to, the following actions:

    B.     *Accelerating the due date of any obligation* or claimed obligation, *enforcing any lien upon*, or taking or attempting to *take possession of, or retaining possession of, property* of the Defendants or any property claimed by the Defendants, or *attempting to foreclose, forfeit, alter or terminate any of the Defendants' interests in property*....

    C. Using self-help or executing or issuing, or causing the execution or issuance of any court attachment ... *execution or other process for the purpose of impounding or taking possession of or ....  enforcing a lien*, stay or other interest *upon any property, wherever located*, owned by or in the possession of the Defendants ...

    D. Doing any act or thing to interfere with the ...control, possession or management of the property...".; and,

TINDALL & COMPANY P.C.                                                                                          1
ATTORNEYS AND COUNSELLORS AT LAW

2010 MAR -4 AM 9:22

Bernard J. Youngblood
Wayne County Register of Deeds
March 04, 2010  09:22 AM
Liber 48375 Page 662-679
#2010065577  NOT  FEE: $66.00

## UPDATED NOTICE OF PRIORITY EQUITABLE ADMINSTRATIVE AND JUDGMENT LIEN FOR RECEIVER FEES AND COSTS

PLEASE TAKE NOTICE that Michigan Court Appointed Receiver, **GREGORY SAFFADY**, hereby updates the claim to priority equitable and Judgment Liens for first priority administrative receivership expenses, representing unpaid Receiver Fees, Receiver Attorney Fees, costs and administrative expenses incurred/awarded in this matter, through February 15, 2010, to $264,384.35, plus statutory interest accruing after February 15, 2010, against certain real property commonly known as **43630 Michigan Ave., Canton, MI 48189**, and more fully described in the attached Exhibit 1.

In accordance with Michigan Land Title Standard 16.11, See, Exhibit 2, and, based on actual notice to all claimants, this lien for first priority Receivership administration expense constitutes a priority lien superior to all outstanding claims and encumbrances, both recorded and unrecorded, against the subject realty, See, Exhibits 3 and 4, including but not limited to the following:

> FLAGSTAR BANK FSB, LIBER 35454, PAGE 1134 WAYNE COUNTY RECORDS
>
> NATIONAL CITY BANK MICHIGAN/ILLINOIS, LIBER 37127, PAGE 1033, WAYNE COUNTY RECORDS
>
> MERS, INC. AND CHASE HOME FINANCE, a/k/a, J.P. MORGAN CHASE, a/k/a, CHASE BANK, LIBER 37270, PAGE 825, WAYNE COUNTY RECORDS
>
> MARK A. MANGANO and RANDA H. MANGANO (a/k/a BRENDA MANGANO), husband and wife